IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED
SEP 21 2007
JOHN F. CORCORAN, CLERK
BY: /s/ DEPUTY CLERK

| | |
|---|---|
| TERRANCE HENDERSON,<br>　　Plaintiff, | Civil Action No. 7:06cv00408 |
| v. | **FINAL ORDER** |
| COMMONWEALTH OF VA, et al.,<br>　　Defendants. | By: Hon. Glen E. Conrad<br>United States District Judge |

In accordance with the memorandum opinion entered this day, it is hereby

**ADJUDGED AND ORDERED**

that defendants' motions to dismiss and for summary judgment are **GRANTED**. Claims against defendants Ramey, Crabtree, and Stanley, upon whom the court has been unable to complete service are **DISMISSED**, pursuant to 28 U.S.C. § 1915(e)(2), for failure to state a claim upon which relief may be granted. To the extent plaintiff's complaint could be construed to assert claims under state law, the court declines, pursuant to 28 U.S.C. § 1367(c)(3), to exercise supplemental jurisdiction over such claims, and they are **DISMISSED** without prejudice. Any pending motions are hereby **DENIED as MOOT**, and this case is **STRICKEN** from the active docket of the court.*

The Clerk is directed to send copies of this order and accompanying memorandum opinion to plaintiff and to all counsel of record for the defendants.

ENTER: This 21st day of September, 2007.

　　　　　　　　　　　　　　　　/s/ Glen E. Conrad
　　　　　　　　　　　　　　　　United States District Judge

---

* Plaintiff is advised that he may appeal this decision pursuant to Rules 3 and 4 of the Federal Rules of Appellate Procedure by filing a notice of appeal with this court within 30 days of the date of entry of this order, or within such extended period as the court may grant pursuant to Rule 4(a)(5).